PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>RODNEY HEATHER,<br><br>               Defendant. | No. 1:17-CR-00117 LJO<br><br>     1:11-CR-00444 LJO<br><br>STIPULATION TO CONTINUE SENTENCING |

      IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and James R. Homola, attorney for the defendant, that the sentencing and disposition on supervised release violation set for December 18, 2017 at 8:30 am before the Honorable Lawrence J. O'Neill, Chief U.S. District Court Judge, be continued to January 8, 2018 at 8:30 a.m. The parties have been discussing issues relating to sentencing, and need additional time for further investigation. The parties believe that a sentencing and dispositional hearing on January 8, 2018 will provide sufficient time to complete the investigation necessary to proceed.

Dated: December 14, 2017                             Respectfully submitted,

                                                                          PHILLIP A. TALBERT
                                                                        United States Attorney

                                                             By     /s/ Kimberly A. Sanchez

|  |  |
|---|---|
| | KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney |
| Dated: December 14, 2017 | /s/ James R. Homola<br>JAMES R. HOMOLA<br>Attorney for Defendant |

IT IS SO ORDERED.

Dated: __**December 14, 2017**__ _____/s/ **Lawrence J. O'Neill**_____
UNITED STATES CHIEF DISTRICT JUDGE