1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:17-CR-00117 LJO |
|---|---|
| Plaintiff, | 1:11-CR-00444 LJO |
| v. | |
| RODNEY HEATHER, | STIPULATION TO CONTINUE SENTENCING |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and James R. Homola, attorney for the defendant, that the sentencing and disposition on supervised release violation set for January 8, 2018 at 8:30 am before the Honorable Lawrence J. O'Neill, Chief U.S. District Court Judge, be continued to January 22, 2018 at 8:30 a.m. The parties requested a continuance to January 8, as they had been discussing issues relating to sentencing, and need additional time for further investigation. On January 2, 2018, the government received information regarding an incident involving the defendant that occurred in November, and needs time to provide the information to defense and probation as it may bear upon sentencing. The parties believe that a sentencing and dispositional hearing on January 22, 2018 will provide sufficient time to consider the new material.

1

| | | | |
|---|---|---|---|
| 1 | Dated: January 4, 2018 | | Respectfully submitted, |
| 2 | | | McGREGOR W. SCOTT<br>United States Attorney |
| 3 | | By | /s/ Kimberly A. Sanchez |
| 4 | | | KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney |
| 5 | Dated: January 4, 2018 | | /s/ James R. Homola |
| 6 | | | JAMES R. HOMOLA<br>Attorney for Defendant |

IT IS SO ORDERED.

Dated: **January 5, 2018**      **/s/ Lawrence J. O'Neill**
                              UNITED STATES CHIEF DISTRICT JUDGE